UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAUDIE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.:  3:18-CV-00588-GMB |
| -vs- ) | |
| ) | |
| ALDER HOLDINGS, LLC d/b/a ) | |
| ALDER HOME SECURITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MAUDIE BROWN, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MAUDIE BROWN, and Defendants, ALDER HOLDINGS, LLC d/b/a ALDER HOME SECURITY, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully,

*/s/ R. Kersey*

Joshua R. Kersey
Florida Bar No.: 087578
MORGAN & MORGAN, PA
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile:  (813) 222-2490
JKersey@ForThePeople.com
JSherwood@ForThePeople.com

1

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

Eric Allen, Attorney
ALLEN, MITCHELL & ALLEN, PLLC
eric@allenlawyer.com
*For the Defendant*

Jonathan P. Hoffmann, Attorney
Balch & Bingham, LLP
jhoffmann@balch.com
*For the Defendant*

Jason B. Tompkins, Attorney
Balch & Bingham, LLP
jtompkins@balch.com
*For the Defendant*

Joshua R. Kersey
Florida Bar No.: 087578
MORGAN & MORGAN, PA
*Attorney for Plaintiff*